# United States District Court
## For The Western District of North Carolina
## Charlotte Division

GARY LAMONT LAND,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 3:09CV328

FOOD LION, LLC,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/1/2010 Order.

Signed: September 2, 2010

Frank G. Johns, Clerk
United States District Court